IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SAMUEL GAINES,<br><br>　　　　　Plaintiff<br><br>　　VS.<br><br>HALE BURNSIDE, *et al.*,<br><br>　　　　　Defendants | NO. 5: 03-CV-177 (CAR)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## O R D E R

　　Before the court is the **MOTION TO DISMISS FOR WANT OF PROSECUTION** (Tab #59) filed on behalf of the defendants.  Upon consideration of said motion and of the responses filed thereto by plaintiff SAMUEL GAINES (Tabs #61 and #63), the same is DENIED.  Noting that this matter has been pending for quite some time and that more than sufficient time has been allowed for both the prosecution and defense of this case, IT IS ORDERED AND DIRECTED that the parties shall advise the court **WITHIN TEN (10) DAYS** whether this case is ready for trial and, if not, why not.

　　SO ORDERED AND DIRECTED, this 14th day of NOVEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE